UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

D54

2010 OCT 29 P 2: 56

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

LISA MAY JOHNSTON,

    Plaintiff,

v.                                                                 Case No.: 3:10-cv-708-J-20MCR

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

This matter is before this Court on the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 11, filed October 27, 2010).

Accordingly, it is **ORDERED** and **ADJUDGED**:

1. The above case is hereby **DISMISSED with prejudice**.

2. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 29th day of October, 2010.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
N. Joel Harris, Esq.
Deborah A. Halvorsen, Esq.
Tiffany Monique Jones, Esq.